**EXHIBIT A**

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY O. HIGGINS, | Case No.: 1:12-CV-00691 |
| Plaintiff, | Judge Barrett |
| vs. | Magistrate Litkovitz |
| THE KROGER CO., et al. | |
| Defendants. | STIPULATED DISMISSAL WITH PREJUDICE |

Pursuant to Fed. Civ. R. 41(a)(1)(ii), the parties in this action stipulate and agree that the Complaint in this matter is dismissed with prejudice.

Dated this 27 day of March, 2013.

Respectfully Submitted,

Timothy O. Higgins
215 NE 23rd Street, #307
Wilton Manors, FL 33305

Pro Se Plaintiff

Gary L. Greenberg (0023180)
Denlinger, Rosenthal & Greenberg Co., L.P.A.
425 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 621-3440/FAX (513) 621-4449
garygreenberg@drgfirm.com

Attorney for Defendants